IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODNEY DEON HOLLIE,

      Petitioner,                    No. CIV S-08-0546 FCD GGH P

   vs.

ANTHONY HEDGPETH, Warden, et al.,

      Respondents.                ORDER

_____/

       Petitioner, a state prisoner proceeding through counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

       The application attacks a conviction issued by the Los Angeles Superior Court of California. While both this Court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Los Angeles County. Id. at 499 n.15; 28 U.S.C. § 2241(d).

/////

/////

1

1   Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this
2   matter is transferred to the United States District Court, Central District of California, 312 N.
3   Spring Street, Los Angeles, CA 90012.
4   DATED: 04/18/08

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
holl0546.108